ANN OETTING, Respondent, v. WILLIAM H. OETTING, JR., Appellant.—

Christ, P. J., Rabin, Hopkins, Munder and Latham, JJ., concur.